UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SAMUEL J. SMOLEN JR.,

                Plaintiff,

    -against-

SGT. ANDREW NEVINS, et al.,

                Defendants.
-----------------------------------------------------------x

**ORDER FOR THE DEPOSITION OF THE PLAINTIFF**

17 Civ. 7494 (VB)(JCM)

    IT IS HEREBY ORDERED that an Assistant Attorney General may take the deposition of plaintiff Samuel Smollen, DIN 85-A-4082, before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at Sullivan Correctional Facility or any other facility where Samuel Smollen is housed, upon notice to the plaintiff and Superintendent of the correctional facility where he is located, and

    Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing the complaint in this action.

Dated: Dec. 13, 2019
       White Plains, New York

                                                                     _____
                                                                     HON. JUDITH C. McCARTHY
                                                                     United States Magistrate Judge