STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

Writer's D

> The conference scheduled for February 20, 2020, is adjourned to July 15, 2020, at 9:30 a.m.
>
> The Clerk is instructed to terminate the letter motions (Docs. #77, 78) and mail a copy of this Order to plaintiff at the address on the docket.
>
> SO ORDERED:
>
> Vincent L. Briccetti, U.S.D.J.,          Date
> 1/28/20

**BY ECF**
Hon. Vincent L. Briccetti
United States District Judge
300 Quarropas St., Courtroom 620
White Plains, NY 10601-4150

Re: _Smolen v. Nevins_, 17 Civ 7494 (VLB)

Dear Judge Briccetti:

This Office represents Defendants in the above captioned action. After speaking to Deputy Clerk Donna Hilbert, I write to respectfully request that the Case Management Conference currently scheduled for February 20, 2020 to be rescheduled to July 15, 2020 at 9:30 a.m.

On January 9, 2020, Magistrate Judge Judith C. McCarthy issued a Fifth Revised Civil Case Discovery Plan and Scheduling Order extending the parties' time to complete discovery until July 9, 2020. _See_ ECF No. 74. This is the first request to reschedule the case management conference.

We thank the Court for its consideration of this request.

Respectfully submitted,
/s/ _Amanda Yoon_
Amanda Yoon
Assistant Attorney General
Amanda.Yoon@ag.ny.gov

Cc: Samuel Smolen, DIN 85-A-4082
Sullivan Correctional Facility
(via First Class Mail)