

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

Writer's Direct Dial: (212)

February 1, 2021

**BY ECF**
Hon. Philip M. Halpern
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

> Application granted. The conference scheduled for February 3, 2021 is adjourned until February 10, 2021 at 12:00 p.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. Defense counsel shall make all arrangements necessary for the Plaintiff to appear by telephone and shall mail a copy of this Order to Plaintiff and provide proof of service on the docket. The Clerk is instructed to terminate ECF No. 99.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
>       February 2, 2021

Re: *Smolen v. Nevins*, 17 Civ 7494 (PMH)

Dear Judge Halpern:

    This Office represents Defendants in the above-referenced matter. I write to respectfully request that the Telephone Conference currently scheduled for February 3, 2021, be rescheduled to a date after February 8, 2021, that is convenient for the Court. Our Office has been informed that Plaintiff is currently under quarantine and arrangements cannot safely be made for him to participate in a call on February 3, 2021.

    We thank the Court for its attention to this matter.

                                        Respectfully submitted,
                                        */s/ Amanda Yoon*
                                        Amanda Yoon
                                        Assistant Attorney General
                                        Amanda.Yoon@ag.ny.gov

Cc: Samuel Smolen, DIN 85-A-4082
       Sullivan Correctional Facility