

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8606

February 9, 2021

**BY ECF**
Hon. Philip M. Halpern
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: <u>Smolen v. Nevins</u>, 17 Civ 7494 (PMH)

Dear Judge Halpern:

This Office represents Defendants in the above-referenced matter. I write to respectfully request that the Telephone Conference currently scheduled for February 10, 2021, be rescheduled to a date after February 19, 2021, that is convenient for the Court. Our Office has just been informed that Plaintiff remains in quarantine, and arrangements cannot safely be made for him to participate in a call on February 10, 2021.

We thank the Court for its attention to this matter.

Respectfully submitted,
*/s/ Amanda Yoon*
Amanda Yoon
Assistant Attorney General
Amanda.Yoon@ag.ny.gov

Application granted. The conference scheduled for February 10, 2021 at 12:00 p.m. is adjourned until February 23, 2021 at 10:00 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. Defense counsel shall make all arrangements necessary for the Plaintiff to appear by telephone and shall mail a copy of this Order to Plaintiff and provide proof of service on the docket. The Clerk is instructed to terminate ECF No. 101.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: New York, NY
February 9, 2021

(212) 416-8606 ● Fax: (212) 416-6009 (Not For Service of Papers)
.ny.gov