UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

SAMUEL J. SMOLEN, JR.,                           **ORDER**

               Plaintiff,                        17-CV-7494 (PMH)

v.

SGT. ANDREW NEVINS, et al.,

               Defendants,

---------------------------------------------------------X

       The Court held a telephonic status conference on February 23, 2021 at 10:00 a.m. Pro se Plaintiff and counsel for Defendants appeared via telephone. Plaintiff was granted permission to file a motion to compel discovery by March 9, 2021. Plaintiff should identify with specificity the documents he seeks. Defendants shall respond to Plaintiff's letter within 5 days of receipt thereof.

       Additionally, by March 23, 2021, Plaintiff shall provide Defendants comments on the proposed Joint Pretrial Order previously provided by Defendants to Plaintiff. Defendants shall file the proposed Joint Pretrial Order via ECF by March 24, 2021 (even if Plaintiff fails to provide comments).

       The Court shall have a status conference on March 25, 2021 at 10:00 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. Defense counsel shall make all arrangements necessary for the Plaintiff to appear by telephone.

       Defense counsel is directed to mail a copy of this Order to Plaintiff and provide proof of service on the docket.

Dated: White Plains, New York
       February 23, 2021

SO ORDERED:

_____
Philip M. Halpern
United States District Judge