UNITED STATES DISTRICT COURT          17-CV-7494
SOUTHERN DISTRICT OF NEW YORK     [PMH] MOTION
                                                                TO EXTEND THE
SAMUEL J. SMOLEN, JR.                         TIME FOR THE
           PLAINTIFF                                  PLAINTIFF TO
                 VS                                        FILE A MOTION
SGT. ANDREW NEVINS, ET AL           TO COMPEL DIS-
           DEFENDANTS                           COVERY DUE TO
                                                                THE HOSPITALIZA-
     I SAMUEL J. SMOLEN-JR.-          TION OF THE PLAIN-
THE PLAINTIFF IN THE ABOVE       TIFF FOLLOWED
TITLED CASE-DO HEREBY FILE      BY MEDICAL KEEP-
THIS MOTION REQUESTING THE    LOCK
COURT TO EXTEND THE TIME
FOR THE PLAINTIFF TO FILE A MOTION TO COMPEL
DISCOVERY DUE TO THE HOSPITALIZATION OF THE
PLAINTIFF FOLLOWED UP BY MEDICAL KEEPLOCK. ON
THE 23Rd OF FEBRUARY 2021-PLAINTIFF RECEIVED
THE FIRST OF TWO SHOTS-OF THE MODERNA
VACCINE. ON THE 24TH OF FEBRUARY 2021-THE
PLAINTIFF WAS HOSPITALIZED-IN THE FACILITY'S
INFIRMARY-WITHOUT ANY OF HIS LEGAL PAPERS-
INVOLVING THE ABOVE TITLED CASE-DUE TO AN
ADVERSE REACTION-TO THE COVID 19 CORONA
VIRUS VACCINE. ON THE 26TH OF FEBRUARY
2021 PLAINTIFF STILL SUFFERING FROM THE
EFFECTS OF THE VACCINE WAS SENT BACK TO
HIS HOUSING UNIT TOO WEAK TO WRITE OUT HIS
MOTION TO COMPEL AND TO ANSWER THE DEFEN-
DANT'S PROPOSED JOINT PRETRIAL ORDER. ON THE
27TH OF FEBRUARY 2021 PLAINTIFF WAS SEEN
BY DR. MIHAIL GUSMAN-M.d- WHO PRESCRIBED
THE ANTI-BIOTIC AZITHROMYCIN AND THE ANTI-BIOTIC
NEOMYCIN/POLY/HC SUSP EYE DROPS FOR THE PLAINTIFF
WHOSE EYE INFECTION CAUSED ME TO HAVE
BLURRY VISION IN BOTH EYES-WHICH ALSO MADE IT
IMPOSSIBLE TO FILE THE MOTION TO COMPEL AND
ANSWER DEFENDANT'S PROPOSED JOINT PRETRIAL

ss.

#17-CV-7494
SMOLEN VS. NEVINS

U.S. DISTRICT COURT
S.D.N.Y. [PMH]

CON'T... ORDER.

I RESPECTFULLY REQUEST THAT DUE TO THE ABOVE STATED MEDICAL PROBLEMS ENCOUNTERED BY THE PLAINTIFF THAT THE COURT EXTEND THE TIME FOR THE PLAINTIFF TO FILE A MOTION TO COMPEL IN THE ABOVE TITLED CASE AND ADDITIONAL TIME TO ANSWER THE DEFENDANT'S PROPOSED JOINT PRE-TRIAL ORDER AND ANY AND ALL OTHER RELIEF THAT THE COURT DEEMS NECESSARY AND JUST.

RESPECTFULLY SUBMITTED
Samuel J. Smolen, Jr.
S. SMOLEN #85A4082
SULLIVAN C.F.
P.O. BOX 116
FALLSBURG-N.Y.
12733-0116

CC: MS. AMANDA YOON-A.A.G.
28 LIBERTY STREET
NEW YORK-N.Y. 10005

CC: FILE

> Plaintiff shall file his motion to compel and provide Defendants comments on the Joint Pretrial Order by April 9, 2021. No further extensions will be permitted. Defendants shall respond to Plaintiff's motion within 5 days of receipt thereof. The conference scheduled for March 25, 2021 is adjourned until April 26, 2021 at 10:00 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. Counsel for Defendants is responsible for making all arrangements necessary for Plaintiff to appear by telephone. Defendants shall file the proposed Joint Pretrial Order by April 22, 2021. The Clerk is directed to terminate ECF No. 106 and to mail a copy of this Order to Plaintiff at the address on the docket.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: White Plains, NY
> March 17, 2021