STATE OF NE~~~~~~~~
OFFICE OF THE ATTO~~~~~~~

LETITIA JAMES
ATTORNEY GENERAL

Writer's Direct Dial: (

> Application granted. The conference currently
> scheduled for May 18, 2021 at 12:30 p.m. is adjourned
> to August 16, 2021 at 11:00 a.m.
>
> Defendants shall serve a copy of this Order on
> Plaintiff, and shall file proof of service by May 21, 2021
> at 5:00 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         May 17, 2021

**BY ECF**
Hon. Philip M. Halpern
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:    _Smolen v. Nevins_, 17 Civ 7494 (PMH)

Dear Judge Halpern:

This Office represents Defendants in the above-referenced matter. I write to respectfully request that the Telephone Conference currently scheduled for May 18, 2021 at 12:30 p.m., be rescheduled to a later date convenient for the Court.

Our Office has just been forwarded a letter written by Plaintiff indicating that he is not well enough to participate in the upcoming conference (which he refers to as a "deposition") because he is suffering from a severe chest infection and coughing fits. (_See_ Plaintiff's Letter, attached hereto as Exhibit A). In the letter, Plaintiff asks that the conference be rescheduled to late July or early August. Defendants' counsel is available at the Court's convenience.

We thank the Court for its attention to this matter.

Respectfully submitted,
_/s/ Amanda Yoon_
Amanda Yoon
Assistant Attorney General
Amanda.Yoon@ag.ny.gov

Cc:    Samuel Smolen, DIN 85-A-4082
       Sullivan Correctional Facility