UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SAMUEL J. SMOLEN, JR.,

                          Plaintiff,

v.                                                             <u>ORDER</u>

NEVINS, et al.,                                       17-cv-07494 (PMH)

                        Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for defendants and plaintiff *pro se* appeared today at 11:00 a.m. by telephone for a status conference. By 5:00 p.m. today, defendants are directed to mail a copy of the proposed Joint Pretrial Order that was previously provided by defendants to plaintiff. The parties are directed to meet and confer to discuss the completion of the proposed Joint Pretrial Order. By September 15, 2021, plaintiff is directed to comply with the Court's order to provide comments on the proposed Joint Pretrial Order. No further extensions of time for plaintiff to provide comments on the proposed Joint Pretrial Order will be granted. The next status conference is scheduled for September 16, 2021 at 10:00 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831.

      The Clerk of the Court is requested to mail a copy of this Order to plaintiff.

SO-ORDERED:

Dated: White Plains, New York
       August 16, 2021

                                                                     _____
                                                                     Philip M. Halpern
                                                                     United States District Judge