UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SAMUEL J. SMOLEN, JR.,

                       Plaintiff,

v.                                                      ORDER

NEVINS, et al.,                            17-cv-07494 (PMH)

                       Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for defendants and plaintiff *pro se* appeared today at 11:00 a.m. by telephone for a status conference. Defendants' counsel is directed to promptly serve on plaintiff a copy of this Court's Individual Practices in Civil Cases. The parties are directed to meet and confer to discuss the completion of the remaining pretrial materials in accordance with this Court's Individual Practice Rule 6.B. The parties are further directed to file such pretrial materials by January 14, 2022. As discussed during the conference, the Court will "so-order" the parties' proposed Joint Pretrial Order dated April 22, 2021 and docket it separately, subject to a modification and reduction of the time allotted for witness testimony under Sections IX.A. and IX.B.

      The Clerk of the Court is requested to mail a copy of this Order to plaintiff.

SO-ORDERED:

Dated: White Plains, New York
       November 18, 2021

                                                     _____
                                                   Philip M. Halpern
                                                   United States District Judge