UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL SMOLEN,<br><br>                 Plaintiff,<br>     v.<br><br>SHANIKQUA HARRISON,<br>MICHAEL CAPRA, MARK ROYCE, and<br>SHERRY IZQUERDO<br><br>                 Defendants. | No. 17 Civ. 7494(PMH) |

**PLEASE TAKE NOTICE** that, for the reasons set forth in the accompanying memorandum of law and Declaration of Amanda Yoon, with appended exhibit, the defendants shall move the Court, before the Honorable Philip M. Halpern, in limine for an order: precluding the plaintiff (i) from presenting evidence as to any claims that were previously dismissed from Plaintiff's complaint, including offering any speculative argument, such as he was placed in IPC in retaliation for having filed grievances; and (ii) permitting Defendants to introduce evidence of Plaintiff's current felony conviction and disciplinary history.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Individual Practices in Civil Cases Rule 6(C), any response to this Motion is due on February 21, 2022.

Dated: New York, New York
February 14, 2022

                          LETITIA JAMES
                          Attorney General
                          State of New York
                          Attorney for Defendants

By:      /s/
         AMANDA YOON
         JOHN DORAN
         Assistant Attorneys General
         28 Liberty Street – 18th Fl.
         New York, New York 10005
         (212) 416-8591/8606
         Amanda.Yoon@ag.ny.gov
         John.Doran@ag.ny.gov