**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue

> Application granted. The pre-trial conference scheduled for 7/26/2022 is adjourned to 8/2/2022 at 3:00 p.m. in Courtroom 520 of the White Plains Courthouse.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         June 17, 2022

**By ECF**

The Honorable Philip M. Halpern
United States District Judge
The Honorable Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:  *Smolen v. Harrison*, No. 7:17-cv-07494-PMH (S.D.N.Y.)

Dear Judge Halpern:

We represent Plaintiff Samuel Smolen, Jr. in this matter and write, with the consent of Defendants' counsel, to: (i) respectfully request an adjournment for the pre-trial conference, and (ii) provide the Court with additional information regarding the parties' availability for trial.

## Pre-Trial Conference

Due to a previously scheduled court appearance, trial counsel for Mr. Smolen cannot attend the July 26 conference.  We respectfully request a one day adjournment of the conference to July 27, 2022.  Defendants' counsel consents to this request.  Both counsel are available at any time on that day.  Both counsel are also available on August 2.  This is the first request for an adjournment of the pre-trial conference.

## Proposed Trial Dates

During the May 26, 2022 conference, the parties discussed potential trial dates.  To facilitate the scheduling of trial, the parties are providing the following dates, during which counsel and witnesses are available, through the end of 2022:

- September 22 – September 30
- October 18 – November 4
- November 28 – December 16.

Unfortunately, due to previously scheduled vacations and the parental leave of one of Mr. Smolen's counsel, the parties are not available for trial in August 2022.  The parties' availability during 2023 can be provided at the Court's request.

**COVINGTON**

We thank the Court for its attention to this matter.

                                                          Respectfully submitted,

                                                          /s/ Katherine P. Onyshko
                                                          Katherine P. Onyshko

cc:     All counsel of record