**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

**By ECF**                                                                                               July 13, 2022

The Honorable Philip M. Halpern
United States District Judge
The Honorable Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:  *Smolen v. Harrison*, No. 7:17-cv-07494-PMH (S.D.N.Y.)

Dear Judge Halpern:

  We represent Plaintiff Samuel Smolen, Jr. in this matter and write, with the consent of Defendants' counsel, to respectfully request permission to file an opposition to Defendant's February 14, 2022 motion *in limine*, filed prior to our engagement in this matter.  (Dkt. 128)

  Defendants' counsel consents to our filing an opposition to their previously filed motion *in limine* by July 19, 2022, the previously scheduled last day for parties to file their pre-trial materials described in Rules 6(A) and 6(B) of the Court's Individual Practices.  If the Court permits this request, Plaintiff will file this opposition by July 19, 2022 and will not file a separate motion *in limine*.

  We thank the Court for its attention to this matter.

                   Respectfully submitted,

                   /s/ Katherine P. Onyshko
                   Katherine P. Onyshko

cc:  All counsel of record