UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL SMOLEN,

                Plaintiff,

-against-

SHANIKQUA HARRISON, et al.,

                Defendants.

**ORDER**

17-CV-07494 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

The Court held an in-person pretrial conference on August 3, 2022. Counsel for all parties appeared. As explained more fully on the record during the appearance, the Court directs as follows:

1. Defendants' motions *in limine* (Doc. 128; Doc. 129; Doc. 130; Doc. 149) are **denied**.

2. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the First Amended Joint Pretrial Order (Doc. 147) and file, by **August 26, 2022**, a Second Amended Proposed Joint Pretrial Order.

3. The parties shall meet and confer regarding objections in the First Amended Proposed Joint Jury Instruction (Doc. 146) and file, by **August 26, 2022**, a Second Amended Proposed Joint Just Instruction.

4. The following questions in the parties' First Amended Proposed *Voir Dire* (Doc. 145) are **denied**: III(7); IV(12); V(3)-(4), (7), (24), (27). The remaining questions are **granted** or **granted in substance**.

5. The parties shall review the Proposed *Voir Dire* Form provided by the Court during the conference and file, by **August 26, 2022**, a joint letter informing the Court as to any objections.

6. Binders and flashdrives containing exhibits shall be produced to the Court no later than **November 28, 2022**.

7. The Final Pretrial Conference shall proceed at 2:00 p.m. in person, in Courtroom 520 of the White Plains Courthouse, on **November 28, 2022**.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 128.

                                                **SO ORDERED:**

Dated:  White Plains, New York
           August 3, 2022

                                        _____
                                        PHILIP M. HALPERN
                                        United States District Judge