**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

By CM/ECF                                                                  August 25, 2022

The Honorable Philip M. Halpern
United States District Judge
The Honorable Charles L. Brieant Jr. Federal
Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:  *Smolen v. Harrison, et. al.*, No. 7:17-cv-07494-PMH (S.D.N.Y.)

Dear Judge Halpern:

      We represent the Plaintiff, Samuel J. Smolen, Jr., in the above-captioned case. We write on behalf of all parties regarding the Court's August 3, 2022 order, pursuant to which the Court directed the parties to inform the Court as to any objections to the proposed voir dire form and to file amended proposed jury instructions, joint pre-trial order, and verdict form.

      Neither party has objections to the proposed voir dire questions. Both parties jointly submit the second amended proposed joint pre-trial order and verdict form. After meeting and conferring regarding the proposed jury instructions, the parties have resolved several disagreements and substantially narrowed their disputes. However, the parties still disagree on the instructions concerning Cognizable Liberty Interest and Constitutionally Sufficient Process. The parties' respective positions are set out in the second amended proposed jury instructions.

      The parties are prepared to submit additional briefing or to conduct oral arguments on the outstanding disputes, should the Court so order. The parties thank the Court for its attention to this matter.

Respectfully submitted,
*/s/ Katherine P. Onyshko*

Katherine P. Onyshko
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(Tele.) 212 841 1000
(Fax) 212-841-1010

cc:   All counsel of record (by CM/ECF)