**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
SAMUEL J. SMOLEN JR.,

Plaintiff,                    17 **CIVIL** 7494 (PMH)

-against-                           **JUDGMENT**

MICHAEL CAPRA, MARK ROYCE,
SHANIKQUA HARRISON, SHERRY
IZQUERDO,

Defendants.
---------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury

Trial before the Honorable Philip M. Halpern, United States District Judge, the jury having

returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.


**DATED:**  White Plains, New York
           December 9, 2022

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**

**So Ordered:**
                                  **BY:**     K. Mango
_____              _____
**U.S.D.J.**                                   **Deputy Clerk**